UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

---

| | |
|---|---|
| Barry Sewall, on behalf of himself individually and all others similarly situated, | Court File No.: 1:22-cv-01138 |
| Plaintiff, | The Honorable Matthew F. Kennelly |
| v. | |
| Home Partners of America, Inc., HP Minnesota I LLC, and Pathlight Property Management Inc., | **DEFENDANTS' MOTION TO TRANSFER OR, ALTERNATIVELY, TO DISMISS WITHOUT PREJUDICE** |
| Defendants. | |

---

Defendants Home Partners of America, Inc., HP Minnesota I LLC, and Pathlight Property Management Inc.,[1] through their undersigned counsel, hereby move this Court pursuant to 28 U.S.C. § 1404(a) for a transfer of venue of this matter from this Court to the United States District Court for the District of Minnesota for the reasons set forth in its accompanying Memorandum of Law, which is herein incorporated by reference. Alternatively, Defendants request that the Court dismiss Plaintiff's complaint without prejudice pursuant to the doctrine of *forum non conveniens*. Counsel for the parties met

---

[1] Plaintiff has named the wrong Defendants. Home Partners of America, Inc. and HP Minnesota I, LLC have been merged into other wholly-owned entities, and Pathlight Property Management Inc. is not the Pathlight entity that operates in Minnesota. Counsel for the Parties have spoken about this issue. Defendants will raise the issue in their responsive pleading if it is not addressed first by amendment to Plaintiff's Complaint. The Plaintiff's misidentification of Defendants does not affect the Court's ability to rule on this Motion.

and conferred three times by telephone between April 20 and April 26, 2022, and

discussed transfer each time, but no agreement was reached.

WHEREFORE, Defendants respectfully requests entry of an Order (1) granting

this motion; (2) transferring venue to the United States District Court for the District of

Minnesota or, alternatively, dismissing Plaintiff's Complaint without prejudice; and (3)

such other and further relief as the Court deems just and proper.


Dated:  April 29, 2022

 s/Michael F. Cockson
Michael F. Cockson
Bar Number 280549
Attorneys for Defendants
      Home Partners of America, Inc.,
      HP Minnesota I LLC, and Pathlight
      Property Management Inc.
FAEGRE DRINKER BIDDLE & REATH,
LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Tel. (612) 766-7000
Fax (612) 766-1600
Michael.cockson@faegredrinker.com