## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Barry Sewall, individually and on behalf of all others similarly situated,<br><br>          Plaintiff,<br><br>v.<br><br>Home Partners of America, Inc., HP Minnesota I LLC, and Pathlight Property Management Inc.<br><br>          Defendants. | Court File No.: 1:22-CV-01138<br><br>Honorable Matthew F. Kennelly<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE** |

To Defendants Home Partners of America, Inc., HP Minnesota I LLC, Pathlight Property Management Inc., and their attorneys of record:

WHEREAS, no defendant has filed an answer or a motion for summary judgment in this action; and

WHEREAS, no cross-claim or counter-claim has been filed in this action.

NOW, THEREFORE, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Barry Sewall hereby gives notice that the above-captioned action is voluntarily dismissed without prejudice.

Date: May 12, 2022        By: */s/ Anne T. Regan*
                                                    Anne T. Regan (IL #6280977)
                                                    **HELLMUTH & JOHNSON, PLLC**
                                                     8050 West 78th Street

Edina, Minnesota  55439
Telephone: (952) 941-4005
Email: aregan@hjlawfirm.com
llabellelarson@hjlawfirm.com

Scott Harris
Gary Klinger
**Milberg Coleman Bryson Phillips Grossman, PLLC**
900 W. Morgan St.
Raleigh, NC 27603
(919) 600-5000
gklinger@milberg.com
sharris@milberg.com

**ATTORNEYS FOR PLAINTIFFS**